JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEN SCHAFER, an individual, for herself and all members of the putative class,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARVEST MANAGEMENT SUB, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-09053 CJC (AGRx)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

# **ORDER**

Pursuant to Rule 23 and stipulation of the Parties and good cause showing,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed without prejudice and without notice to the putative class.

2. Each side is to bear its own attorneys' fees and costs.

3. The dismissal of this case will have no res judicata or collateral estoppel effect should any claim be brought by any other individual or entity, including claims identical or substantially similar to Plaintiff's claims in this case.

**IT IS SO ORDERED.**

Dated: January 16, 2020

_____

Honorable Cormac J. Carney
United States District Court Judge